IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PALESTINE WALKER                                                          PLAINTIFF

V.                          CASE NO. 4:11CV00790 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE